AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
FEB 21 2019

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE, MODEL: BLACK APPLE IPHONE X; 123 WALNUT ST. HARRISBURG PA 17101

Case No. 1:19-mc-110

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT 'A'

located in the _____ Middle _____ District of _____ Pennsylvania _____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT 'B'

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with the intent to distribute a controlled substance |
| 18 U.S.C. § 922(g) | Felon in Possession |
| 18 U.S.C § 924(e) | |

The application is based on these facts:

I, Chad Sines, Special Agent, with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (the "ATF"), being duly sworn, depose and state:
- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

CHAD T. SINES., SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/21/19

_____
Judge's signature

City and state: HARRISBURG, PENNSYLVANIA

SUSAN SCHWAB, U.S. CHIEF MAGISTRATE JUDGE
Printed name and title